IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREDERICK WYNN,

     Plaintiff,                              ORDER

v.

                                       Case No.  26-cv-559-wmc

STATE OF WISCONSIN, et al.

     Defendants.

On June 15, 2026, plaintiff Frederick Wynn was ordered to submit a certified trust fund account statement for the six-month period immediately preceding the filing of the compliant so that I could determine if plaintiff qualifies for indigent status and, if so, assess an initial partial payment of the $350 filing fee.  A decision regarding plaintiff's indigency cannot be made at this time because the trust fund account statement that plaintiff submitted does not cover the *entire* six-month period immediately preceding the filing of the complaint.

Plaintiff has submitted a statement for May, 2026.  This statement is insufficient to determine if plaintiff qualifies for indigent status.  Instead, plaintiff must submit a certified trust fund account statement for the six-month period beginning approximately December 12, 2025, and ending approximately June 12, 2026.  Once plaintiff has submitted the required statement, then I will calculate an initial partial payment and advise plaintiff of the amount due.

ORDER

IT IS ORDERED that plaintiff Frederick Wynn may have an enlargement of time until July 17, 2026 to submit a certified trust fund account statement for the period beginning

1

approximately December 12, 2025 and ending approximately June 12, 2026.  If plaintiff fails to respond to this order by July 17, 2026, then I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 25th day of June, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

2